Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEAN T. TURVIN and, )<br>**CORINA L. CUNNINGHAM,** )<br>)<br>Defendants. )<br>_____) | **Case No. 3:06-cr-43-2-JWS** |

**ENTRY OF APPEARANCE**

COMES NOW LANCE C. WELLS and hereby enters his appearance of record for defendant CORINA L. CUNNINGHAM.

All further notices, filings, and other documents required to be served upon or otherwise furnished to defendant in this matter shall be delivered to the undersigned at:

>   LAW OFFICES OF LANCE C. WELLS, P.C.
>   733 W. 4th Avenue, Suite 308
>   Anchorage, Alaska  99501
>
>   Telephone:  907/274-9696
>   Facsimile:  907/277-9859

DATED at Anchorage, Alaska, this 25th day of April 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Corina L. Cunningham
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
April 25th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Special Assistant U.S. Attorney
david.nesbett@usdoj.gov

s/Lance C. Wells