```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  CORINA L. CUNNINGHAM    CASE NO. 3:06-cr-00043-02-JWS
Defendant: X Present X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             ROBIN M. CARTER

UNITED STATES' ATTORNEY:           DAVID NESBETT

DEFENDANT'S ATTORNEY:              MIKE DIENI - FRIEND OF THE COURT

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

X Copy of Indictment given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
   X Federal Public Defender to appoint CJA counsel; FPD notified.

X Continued Arraignment set for   **May 1, 2006 at 1:30 p.m.**

X Defendant detained/Detention Hearing set for **May 1, 2006 at 1:30 p.m.**  Order of Temporary Detention **FILED**.

At 1:44 p.m. court adjourned.

DATE:   April 25, 2006         DEPUTY CLERK'S INITIALS:   rc