```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs <u>CORINA L. CUNNINGHAM</u>    CASE NO. <u>3:06-cr-00043-02-JWS</u>
Defendant: <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN D. ROBERTS          </u>

DEPUTY CLERK/RECORDER: <u>          APRIL KARPER          </u>

UNITED STATES ATTORNEY: <u>          KAREN LOEFFLER          </u>

DEFENDANT'S ATTORNEY: <u>          LANCE WELLS          </u>

U.S.P.O.: <u>          TIM ASTLE          </u>

PROCEEDINGS: CONTINUED ARRAIGNMENT / DETENTION HEARING
             HELD MAY 1, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

<u>X</u> Copy of Indictment given to defendant: waived reading.

<u>X</u> Defendant advised of general rights.  <u>X</u> Waived full advisement
                                                of rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant stated true name: <u>Same as above.</u>          Age: <u>33</u>

<u>X</u> PLEAS: Not guilty to counts <u>1 and 2 of the Indictment.</u>

<u>X</u> Defendant's detention continued.

<u>X</u> Order of Detention Pending Trial **FILED**.

<u>X</u> Pretrial motions due <u>**May 24, 2006**</u>; Order for the
   Progression of a Criminal Case with Trial by Jury & Final
   Pretrial Date **FILED**.

<u>X</u> Counsel advised of trial date: <u>**June 28, 2006 at 9:00 a.m.**</u>
   <u>before U.S. District Judge John W. Sedwick. Final Pretrial</u>
   <u>Conference set for **June 28, 2006 at 8:30 a.m.**</u>

<u>X</u> OTHER: <u>Parties to meet and confer by **May 8, 2006**. Court and</u>
<u>counsel heard re defendant's oral motion to release the defendant</u>
<u>to a half way house; **DENIED**.</u>

At 1:43 p.m. court adjourned.

DATE: <u>     May 1, 2006     </u>     DEPUTY CLERK'S INITIALS: <u>  ak  </u>