AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **SECRET** (struck through)<br>**WARRANT FOR ARREST** |
| V.<br>CORINA L. CUNNINGHAM | CASE NUMBER: 3:06-cr-00043-02-JWS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CORINA L. CUNNINGHAM and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense):
21:846 and 841(a)(1) & (b)(1)(B) - CONSPIRACY TO TRAFFIC METHAMPHETAMINE - Count 1
21:841(a)(1) and (b)(1)(B); 18:2 - POSSESSION OF 5 GRAMS OR MORE OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE - Count 2

in violation of Title   United States Code, Section(s)

Ida Romack
Name of Issuing Officer

by _Pamela R. Rults_   Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

April 19, 2006, at Anchorage, Alaska
Date and Location

Bail Fixed at $ to be determined

by  Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: Kenai, Alaska

| DATE RECEIVED<br>4/20/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>OFCR AARON TURNAGE<br>KENAI PD | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>4/22/2006 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __CORINA CUNNINGHAM__

ALIAS: __N/A__

LAST KNOWN RESIDENCE: ____

LAST KNOWN EMPLOYMENT: ____

PLACE OF BIRTH: ____

DATE OF BIRTH: ____

SOCIAL SECURITY NUMBER: ____

HEIGHT: __5'3"__     WEIGHT: __115 lbs__

SEX: __F__     RACE: __W__

HAIR: __BRO__     EYES: __BLU__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: __TAT R BUTK__

FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO: __UNKNOWN__

INVESTIGATIVE AGENCY AND ADDRESS: ____