IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SEAN T. TURVIN & ) | |
| CORINA L. CUNNINGHAM, ) | |
|     Defendants. ) | |
| _____) | Case No.  3:06-CR-0043-(JWS-JDR) |

### NOTICE OF JOINDER #1

Comes Now Defendant Corina L. Cunningham by and through undersigned counsel Lance C. Wells and hereby non-opposes and for the reasons set forth in the co-defendant's memorandum joins the Motion to Suppress Stop & Search of Vehicle filed by FPD Michael Dieni, Esq. on behalf of his client defendant Sean T. Turvin. These are co-defendants, joined for trial and the issues surrounding the unlawful seizure of the defendant's by the arresting officer(s) are common to both defendants.

    s/ Lance c. Wells 5/24/06

    Attorney for C. Cunningham

    733 W. 4th Ave, Suite 308
    Anchorage, Alaska 99501
    Phone: 907/274-9696
    Fax: 907/277-9859
    E-mail: lwells@gci.net
    AK # 9206045

### Certificate of Service

That on the 24th day of May, 2006, a copy of this document was served by electronic filing upon , AUSA D. Nesbett and FPD M. Dieni

    By: S/ LC Wells, Esq.