Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SEAN TURVIN & )<br>CORINA CUNNINGHAM, )<br>    Defendant. )<br>_____) | Case No.  3:06-CR-0043-(JWS) |

### MOTION FOR DETENTION REVIEW

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT CORINA CUNNINGHAM and hereby files this motion for a detention review in the above matter.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 2nd day of June, 2006.

                                              LAW OFFICES OF LANCE C. WELLS, P.C.

                                              s/Lance C. Wells
                                              Attorney for Defendant
                                              733 W. 4th Ave, Suite 308
                                              Anchorage, Alaska 99501
                                              Phone: 907/274-9696
                                              Fax: 907/277-9859
                                              E-mail: lwells@gci.net
                                              AK # 9206045

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA,          ) | |
|     Plaintiff,    ) | |
| ) | |
| vs.           ) | |
| ) | |
| SEAN TURVIN &    ) | |
| CORINA CUNNINGHAM,  ) | |
|     Defendant.    ) | |
| _____) | **Case No.  3:06-CR-0043-(JWS)** |

**Certificate of Service**

That on the 2nd day of June, 2006, a copy of this document Motion for Detention Review, Affidavit and Proposed Order were served by electronic filing upon, AUSA David Nesbett and FPD Mike Dieni and Federal Probation Office via hand courier delivery.

By: s/LC Wells, Esq.