IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>    Plaintiff,<br><br>vs.<br><br>SEAN TURVIN &<br>CORINA CUNNINGHAM,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Case No. 3:06-CR-0043-(JWS)** |

### [PROPOSED] ORDER

It is so ordered that a detention review shall be held on the ___ day of ___, 2006, at ____ a.m./p.m. in courtroom number ___ before the Hon. Judge _____.

Dated: _____           _____
                                     Hon. U.S. District Court Judge

### Certificate of Service

That on the 2nd day of June, 2006, a copy of this Proposed Order was served by electronic filing upon AUSA S. Collins and FPD Mike Dieni and via electronic transmission and federal probation via hand courier delivery.

    By: s/Lance C. Wells