IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SEAN TURVIN & | ) |
| CORINA CUNNINGHAM, | ) |
|     Defendant. | ) |
| _____) | Case No.  3:06-CR-0043-(JWS) |

## AFFIDAVIT OF COUNSEL

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney of record for the defendant named above.

2. I make this affidavit in support of the Motion for Detention Review.

3. Defendant desires to have June B. Scott and Charlie L. Cunningham approved as a twenty four hour custodians with electronic monitoring and any and all other conditions including drug testing that the court feels appropriate under the circumstances of this matter.

4. Both parties have submitted applications for third party custody and authorization to release information and said documents have been hand delivered by courier to the US Probation Office in Anchorage and to the US Attorney's Office in Anchorage.

5. Further Your Affiant Sayeth Naught.

Dated: 6/2/06

s/ Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

        s/Sharon Leipi,
        <u>Notary in and for Alaska,</u>
        <u>My Commission Expires: 6/8/06</u>

**<u>Certificate of Service</u>**

    That on the 2nd day of June, 2006, a copy of this Affidavit of Counsel was served by electronic filing upon AUSA S. Collins, and FPD Mike Dieni via electronic transmission and federal probation via hand courier delivery.

    By: s/Lance C. Wells