DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-043-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NON-OPPOSED MOTION FOR** |
| v. | ) | **FOUR HOUR CONTINUANCE** |
| | ) | **OF EVIDENTIARY HEARING** |
| SEAN TURVIN | ) | |
| CORINA CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | Filed on Shortened Time |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests a four hour continuance of the evidentiary hearing currently set for June 19, 2006.  Trial has been set for July 19, 2006.

The undersigned is scheduled to appear before Judge Singleton at 9:00 a.m. the morning of June 19th and is concerned that, due to the complexities of that case, the hearing will not conclude in 30 minutes. Moreover, due to the nature of the case, it is not feasible to assign the hearing to another attorney in the office. If it remains convenient for the court, the governments requests that the evidentiary hearing be reset for 1:30 p.m., June 19, 2006, the same day as originally scheduled only four hours later. Counsel for the defendant has been contacted and does not oppose this motion.

The government respectfully requests, therefore, that the evidentiary hearing be reset for 1:30 p.m., June 19, 2006.

RESPECTFULLY submitted this <u>14th</u> day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/David A. Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

Certificate of Service

I declare hereby certify that on June 14, 2006, a copy of the foregoing was served electronically on Michael Dieni, Asst. Federal Defender.


  s/David A. Nebett
Assistant U.S. Attorney