Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM ) | |
| Defendants. ) | |
| ) | Case No. 3:06-cr-0043-2 (JWS) |

**CORINA CUNNINGHAM'S PROPOSED JURY INSTRUCTIONS**

COMES NOW DEFENDANT CORINA CUNNINGHAM by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby submits her proposed jury instructions for use at trial in this matter. Ms. Cunningham's proposed instructions were taken from the 2003 Manual of Model Criminal Jury Instructions of the Ninth Circuit, available on their website. They are set out in abbreviated form below.

**Preliminary Instructions**

1.1   Duty of jury.

1.2   The charge – presumption of innocence.

1.3   What is evidence?

1.4    What is not evidence?

1.5    Evidence admitted for limited purpose.

1.6    Direct and circumstantial evidence.

1.7    Ruling on objections.

1.8    Credibility of witnesses.

1.9    Conduct of the jury.

1.10   No transcripts available to jury.

1.11   Taking notes.

1.12   Outline of trial.

1.13   Jury to be guided by official English translation/ interpretation.

1.14   Separate consideration for each defendant.

## Instructions During Trial

2.1    Cautionary instruction - first recess.

2.2    Bench conferences and recesses.

2.3    Stipulated testimony.

2.4    Stipulations of fact.

2.5    Judicial notice.

2.10   Other crimes, wrongs, or acts of defendant.

2.11   Defendant's photographs, "mugshots".

## Instructions at End of Case

3.1    Duties of jury to find facts and follow law.

3.2    Charge against defendant not evidence – presumption of innocence – burden of proof.

3.3   Defendant's decision not to testify.

3.4   Defendant's decision to testify.

3.5   Reasonable doubt to find.

3.6   What is evidence?

3.7   What is not evidence?

3.8   Direct and circumstantial evidence.

3.9   Credibility of witnesses.

3.10  Evidence of other acts of the defendant, or acts and statements of others.

3.11  Activities not charged.

3.14  Separate consideration of multiple counts – multiple defendants.

3.18  Possession – defined.

## Consideration of Particular Evidence

4.1   Statements by defendant.

4.3   Other crimes, wrongs, or acts of defendant.

4.4   Character of defendant.

4.7   Character of witness for truthfulness.

4.8   Impeachment evidence – witness.

4.9   Testimony of witness involving special circumstances – immunity, benefits, accomplice, plea.

4.13  Government's use of undercover agents and informants.

5.6   Knowingly – denied.

## Specific Defenses

6.5   Specific Defense Instruction if applicable

6.9   Mere presence.

### Jury Deliberations

7.1   Duty to deliberate.

7.2   Consideration of evidence.

7.3   Use of notes.

7.4   Jury consideration of punishment.

7.6   Communication with court.

7.9   Specific use unanimity.

### Offenses

8.16  Conspiracy – element.

8.18  Conspiracy – knowing of and association with other conspirators.

8.19  Withdrawal from conspiracy.

8.20  Conspiracy – liability for substantive offense committed by co-conspirator (Pinkerton charge).

### Offenses Under Other Titles

9.30  See comment re: Apprendi (citations omitted).

In addition, Ms. Cunningham reserves the right to submit additional proposed instructions as warranted at the close of all evidence and upon review of the government's instructions that are proposed.

DATED at Anchorage, Alaska, this 11th day of July 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Corina Cunningham
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
July 11th, 2006, a copy
of the foregoing was served
electronically:

David Nesbett
Asst. U.S. Attorney

& Michael Dieni, FPD
at their electronic addresses of record.

s/Lance C. Wells