Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             )<br>      Plaintiff, )<br>             )<br> v.           )<br>             )<br>SEAN TURVIN &       )<br>CORINA CUNNINGHAM     )<br>      Defendants. )<br>_____ ) | Case No. 3:06-cr-0043-2 (JWS) |

**TRIAL BRIEF OF CORINA CUNNINGHAM**

COMES NOW DEFENDANT CORINA CUNNINGHAM by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files her Trial Brief in the above matter as follows.

The defendant, Corina Cunningham, is named as a co-defendant in a multi-count, co-defendant conspiracy to traffic in methamphetamine case. Specifically, Ms. Cunningham is charged in the indictment with the following offenses: drug conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1)&(b)(1)(B); possession of 5 grams or more of methamphetamine with intent to distribute Count II in violation of 21 U.S.C.

§841(a)(1)&(b)(1)(B); 18 USC §2. she is not charged in count III.

The defendant has entered pleas of not guilty to all counts she is charged with in the indictment. Ms. Cunningham maintains her innocence of all charges: Counts I & II.

The defendant, Ms. Cunningham, intends to put the government to its proof to prove each and every element of the offenses charged beyond a reasonable doubt to a jury.

To defendant's knowledge, there are no statements she has made to members of law enforcement which implicate her. At the time of this writing, the government's trial brief has not yet been received, which may bring to light additional areas that need to be brought to this court's attention, specifically for example, should the government attempt to introduce evidence Rule 404(b) evidence against Ms. Cunningham. Ms. Cunningham reserves the right to supplement her trial brief either orally or in writing upon receipt and review of the government's trial brief.

RESPECTFULLY SUBMITTED this 11th day of July 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells Bar #9206045AK
Attorney for Corina Cunningham
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
July 11, 2006, a copy
of the foregoing was served
electronically:

David Nesbett
Asst. U.S. Attorney

& Michael Dieni, FPD

at their electronic addresses of record.

s/Lance C. Wells