Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,       ) | |
|       Plaintiff,       ) | |
|       ) | |
| vs.       ) | |
|       ) | |
| SEAN TURVIN &       ) | |
| CORINA CUNNINGHAM,       ) | |
|       Defendant.       ) | |
| _____) | **Case No.  3:06-CR-0043-(JWS)** |

### NON-OPPOSED MOTION FILED ON SHORTENED TIME TO CONTINUE TRIAL

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT CORINA CUNNINGHAM and hereby files this non-opposed motion filed on shortened time to continue trial in the above matter. This motion is supported by the attached affidavit of counsel filed herewith. A proposed order for this courts signature is attached hereto.

Dated this 17th day of July, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

1

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,                                    ) | |
|      Plaintiff,              ) | |
|                   ) | |
| vs.                                     ) | |
|                   ) | |
| SEAN TURVIN &                           ) | |
| CORINA CUNNINGHAM,                       ) | |
|      Defendant.             ) | |
| _____)     | **Case No.  3:06-CR-0043-(JWS)** |

### Certificate of Service

   On 7/17/06, a copy of this non-opposed motion filed on shortened time, affidavit and proposed

order were served upon M. Dieni, AFD and D. Nesbett, AUSA at their electronic addresses of

record. 7/1706

       By: _____s/_____
             Lance C. Wells