Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM, ) | |
|     Defendant. ) | |
| _____) | Case No.  3:06-CR-0043-(JWS) |

### [Proposed Order]

The court having considered the non-opposed motion filed on shortened time to continue trial in the above matter and good cause having been shown, it is hereby ordered, adjudged and decreed that the trial is continued. The matter is rescheduled until the ___ day of _____, 2006, at ___a.m./p.m. in courtroom number _____. The current date of 6/26/06, is hereby vacated.

    Dated: _____                  _____
                                            Hon. U.S. District Court Judge

**Certificate of Service**

On 7/17/06, a copy of this proposed order was served by electronic delivery to Michael Dieni, AFD and David Nesbett, AUSA at their electronic addresses of record.

    Date: 7/17/06         _____/s_____
                                Lance C. Wells