Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM, ) | |
|     Defendant. ) | |
| _____) | Case No. 3:06-CR-0043-(JWS) |

### AFFIDAVIT OF COUNSEL

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney of record for the defendant Corina Cunningham named above.

2. I make this affidavit in support of the non-opposed motion filed on shortened time to continue trial in the above matter..

3. This matter had been calendared for trial to start 7/19. Today, I received an electronic notice that the matter was continued and would begin on 7/26 at 8:30 a.m.

4. I request the matter be continued until after August 11, 2006.

5. I have oral argument before the 9th Circuit beginning at 9:30 a.m. on July 26, 2006.

6. To further complicate matters, I am set for annual leave beginning at 10:30 p.m. 7/26. I am to fly to Texas at that time. My plane reservations were made several months ago, and cannot be changed. They were very expensive. The same for hotel, car etc.

      Furthermore, my family is already down there, and are awaiting my arrival on the 27th at 8:30 a.m.

7. I was prepared to start this trial on the 19th as originally scheduled. It would have been over most likely by the 25th. My trial brief, voir dire questions and proposed jury instructions have already been filed with the court. Had the mater started as scheduled, there would not be the need for requesting this continuance.

8. However, do to motion practice this has become unavoidable. Counsel for Ms. Cunningham understands and appreciates the court's careful attention to the matter before it: ruling on motion to suppress.

9. I will be back in Alaska August 6, 2006. I am set to be before Judge Beistline for a sentencing in Fairbanks on August 10, 2006, <u>USA v. Mitchell Asher</u>. I have a trial with him as well set to begin on August 14, 2006 unless that is continued. A motion to continue has been filed: <u>USA v. Jacon Johnson</u> and am to start the trial of <u>USA v. Sorenson</u> on August 21, 2006. I believe the Sorenson matter will go to trial.

10. On 7/17/06, undersigned counsel spoke by telephone with AUSA David Nesbett who non-opposed the filing of this motion as well as its filing on shortened time.

11. There has been a significant period of excludable delay in this matter the result of the motion for detention hearing filed by Ms Cunningham as well as her joinder to the motion to suppress currently pending before this court.

12. I request the court grant my motion to continue the trial for the reasons set forth above.

13. No prejudice will result to any party involved.

14. Further Your Affiant Sayeth Naught.

|  |  |
|---|---|
| Dated: 7/17/06 | s/ Lance C. Wells<br>Attorney for Defendant<br>733 W. 4th Ave, Suite 308<br>Anchorage, Alaska 99501<br>Phone: 907/274-9696<br>Fax: 907/277-9859<br>E-mail: lwells@gci.net<br>AK # 9206045 |
|  | s/Sharon Leipi,<br><u>Notary in and for Alaska,</u><br><u>My Commission Expires: 6/8/06</u> |

**Certificate of Service**

That on the 17th day of July, 2006, a copy of this Affidavit of Counsel was served by electronic filing upon AUSA D. Nesbett, and FPD Mike Dieni via electronic transmission to their electronic addresses of record.

By: s/Lance C. Wells