NELSON P. COHEN
United States Attorney

DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:06-cr-00043-JWS |
| Plaintiff, | ) |
| vs. | ) |
| | ) NOTICE OF APPEAL |
| SEAN T. TURVIN and | ) |
| CORINA L. CUNNINGHAM | ) |
| Defendant. | ) |

    Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the Ninth Circuit from District Court Judge John W. Sedwick's Order from Chambers dated July 27, 2006, suppressing evidence, specifically the firearm and controlled substances found in Turvin's vehicle.

Respectfully submitted this 25th day of August, 2006.

NELSON P. COHEN
United States Attorney


s/ David Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006,
a copy of the foregoing was served by electronic notice on:

Michael Dieni, FPD

Lance Well

s/ David A. Nesbett