Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN T. TURVIN and, ) | |
| **CORINA L. CUNNINGHAM,** ) | **Case No. 3:06-cr-43-2-JWS** |
| ) | |
| Defendants. ) | |

**MOTION FOR DETENTION REVIEW**

COMES NOW defendant Corina L. Cunningham by and through her attorney of record Lance C. Wells of the LAW OFFICES OF LANCE C. WELLS, P.C. and hereby moves this court for a detention review in the above-captioned action. This motion is supported by the attached affidavit of counsel filed herewith.

DATED at Anchorage, Alaska, this 29th day of August 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Corina L. Cunningham
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net

AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
August 29th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Special Assistant U.S. Attorney
 &
Michael Dieni, AFP

at their electronic addresses of record.

s/Lance C. Wells