Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.         ) | |
| ) | |
| SEAN T. TURVIN and,            ) | |
| **CORINA L. CUNNINGHAM,**      ) | **Case No. 3:06-cr-43-2-JWS** |
| ) | |
| Defendants.  ) | |
| _____) | |

### ORDER ON MOTION FOR DETENTION HEARING

The court having considered Corina Cunningham's motion for detention review, any opposition having been filed,

It is hereby ORDERED, ADJUGED and DECREED that a detention review shall be held on the ____ day of _____ 2006, at the hour of _____ o'clock __.m. before the Hon. Judge _____ in Courtroom No. ____.

DATED this _____ day of _____ 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 29th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Special Assistant U.S. Attorney
&
Michael Dieni, AFP

at their electronic addresses of record.

s/Lance C. Wells