Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>             Plaintiff,   )<br>)<br>    v.                     )<br>)<br>SEAN T. TURVIN and,        )<br>**CORINA L. CUNNINGHAM,**     )<br>)<br>             Defendants.  )<br>_____) | **Case No. 3:06-cr-43-2-JWS** |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, Lance C. Wells, depose and state as follows:

1. I am the attorney of record for the defendant, Corina L. Cunningham, in the above-captioned action.

2. As this court is aware, all evidence was recently suppressed in this matter as to Ms. Cunningham and Mr. Turvin.

3. The government was given until August 25, 2006, in which to notify this court of its intentions.

4. On August 25, 2006, I received via electronic transmission, a copy of the Government's Notice of Appeal to the

Ninth Circuit Court of Appeals.

    5.   I am requesting this court set a detention review in the above matter, do as to effectuate Ms. Cunningham's release.

    6.   This court should also be aware that Ms. Cunningham is facing virtually the same charges in state court in Kenai. She will have conditions of release set in that case as well through her assigned public defender.

    7.   This is originally where this case started, and it was ultimately referred to the U.S. Attorney's Office.

    8.   I am requesting that Ms. Corina Cunningham be released on unsecured bond.

    9.   Ms. Cunningham is willing to have weekly contact with Probation; subject herself to random UAs; and/or comply with any and all other conditions imposed by this court.

    10.   I am requesting that the court schedule a detention hearing at its earliest convenience.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

    DATED at Anchorage, Alaska, this 29th day of August 2006.

    LAW OFFICES OF LANCE C. WELLS, P.C.

    By: ___s/Lance C. Wells_____
        Lance C. Wells
        Alaska Bar No. 9206045

    SUBSCRIBED AND AFFIRMED before me this 29th day of August

2006, at Anchorage, Alaska.

By: ____s/Sharon      R. Leippi_____

Notary Public in & for Alaska
My commission expires: June 8, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 29th, 2006, a copy of the foregoing was served electronically:

David A. Nesbett
Special Assistant U.S. Attorney
&
Michael Dieni, AFP

at their electronic addresses of record.

s/Lance C. Wells