Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SEAN TURVIN & )<br>CORINA CUNNINGHAM, )<br>    Defendant. )<br>_____) | Case No.  3:06-CR-0043-(JWS) |

### NON-OPPOSED MOTION FILED ON SHORTENED TIME TO VACATE DETENTION REVIEW HEARING

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT CORINA CUNNINGHAM and hereby files this non-opposed motion filed on shortened time to vacate the detention review in the above matter as Defendant Corina Cunningham has previously been released from custody and a detention review is no longer necessary nor requested.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is filed herewith.

Dated this 24th day of September, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859

1

E-mail: lwells@gci.net
AK # 9206045

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SEAN TURVIN & | ) |
| CORINA CUNNINGHAM, | ) |
|     Defendant. | ) |
| _____ | )  **Case No. 3:06-CR-0043-(JWS)** |

### Certificate of Service

On 9/24/06, a copy of this non-opposed motion filed on shortened time, affidavit and proposed order were served upon M. Dieni, AFD and D. Nesbett, AUSA at their electronic addresses of record. 9/2406

    By: ____s/_____
           Lance C. Wells

3