IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>SEAN TURVIN & )<br>CORINA CUNNINGHAM, )<br>    Defendant. )<br>_____) | **Case No.  3:06-CR-0043-(JWS)** |

**[PROPOSED] ORDER**

It is so ordered that the detention review scheduled for 10/3/06 at 10:30 a.m. is hereby vacated.

Dated: _____          _____
                              Hon. U.S. District Court Judge

**Certificate of Service**

That on the 24th day of September, 2006, a copy of this Proposed Order was served by electronic filing upon AUSA  D. Nesbett and FPD Mike Dieni and via electronic transmission.

By: s/Lance C. Wells  Dated: 9/24/06