Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>SEAN T. TURVIN and,   )<br>**CORINA L. CUNNINGHAM,**   )<br>)<br>Defendants.  )<br>_____) | **Case No. 3:06-cr-43-2-JWS** |

### AFFIDAVIT OF LANCE C. WELLS

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, Lance C. Wells, depose and state as follows:

1. I am the attorney of record for the defendant, Corina L. Cunningham, in the above-captioned action.

2. I previously requested a detention review for Mrs. Cunningham in this matter as she was still in custody after all evidence was suppressed.

3. Since the filing a the second motion requesting a detention review, Mrs. Cunningham, has been released from custody over two weeks ago.

4. A detention review is no longer necessary nor requested.

5. On Friday September 22, 2006, I spoke with AUSA Nesbett who non-opposed the filing of this motion and its request.

6. It is respectfully requested that the detention review scheduled for 10/3/06 at 10:30 a.m. be vacated.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 24th day of September 2006.

          LAW OFFICES OF LANCE C. WELLS, P.C.

          By: ___s/Lance C. Wells_____
              Lance C. Wells
              Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 24th day of September 2006, at Anchorage, Alaska.

          By:____s/Sharon R. Leippi_____
             Notary Public in & for Alaska
             My commission expires: June 8, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
September 24th, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Special Assistant U.S. Attorney
&
Michael Dieni, AFP

at their electronic addresses of record.

s/Lance C. Wells