Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM, ) | |
|     Defendant. ) | |
| _____) | Case No. 3:06-CR-0043-(JWS) |

### NON-OPPOSED MOTION FILED ON SHORTENED TIME TO EFFECTUATE DEFENDANT'S IMMEDIATE RELEASE FROM CUSTODY

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT CORINA CUNNINGHAM and hereby files this non-opposed motion filed on shortened time to have defendant immediately released from custody.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is filed herewith.

Dated this 3rd day of October, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM, ) | |
|     Defendant. ) | |
| _____) | **Case No. 3:06-CR-0043-(JWS)** |

**Certificate of Service**

On 10/3/06, a copy of this non-opposed motion filed on shortened time to effectuate the release of defendant , affidavit of counsel and proposed order were served upon M. Dieni, AFD and D. Nesbett, AUSA at their electronic addresses of record. 9/2406

By: ____s/_____
    Lance C. Wells

2