IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, <br>     Plaintiff, <br><br> vs. <br><br> SEAN TURVIN & <br> CORINA CUNNINGHAM, <br>     Defendant. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   **Case No. 3:06-CR-0043-(JWS)** |

**[PROPOSED] ORDER**

The court having considered defendant's non-opposed motion for immediate release from custody filed on shortened time:

It is hereby ordered that the defendant shall be immediately released from custody as all evidence has been suppressed.

Dated: _____          _____
                     Hon. U.S. District Court Judge

**Certificate of Service**

That on the 3rd day of October, 2006, a copy of this proposed order was served by electronic filing upon AUSA D. Nesbett and FPD Mike Dieni and via electronic transmission

By: s/Lance C. Wells