Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN T. TURVIN and, ) | |
| **CORINA L. CUNNINGHAM,** ) | **Case No. 3:06-cr-43-2-JWS** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**AFFIDAVIT OF LANCE C. WELLS**

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

I, Lance C. Wells, depose and state as follows:

1. I am the attorney of record for the defendant, Corina L. Cunningham, in the above-captioned action.

2. As this court is aware, all evidence was recently suppressed in this matter as to Ms. Cunningham and Mr. Turvin.

3. Ms. Cunningham was then released from the Anchorage Jail Complex by corrections employees.

4. On August 25, 2006, I received via electronic transmission, a copy of the Government's Notice of Appeal to the

Ninth Circuit Court of Appeals.

    5.   Subsequently, Ms Cunningham was again rearrested by the US Marshal's for "escape," from the Anchorage Jail Complex. To date she remains in custody.

    6.   Ms. Cunningham did not "escape," she was released although perhaps by accident. Upon her release, Ms. Cunningham again abiding by her state court release conditions.

    7.   This is originally where this federal case started, and it was ultimately referred to the U.S. Attorney's Office.

    8.   I am requesting that Ms. Corina Cunningham be released from custody immediately.

    9.   Today, I spoke with AUSA David Nesbett who non-opposed the filing of this motion on shortened time as well as Ms. Cunningham's immediate release from custody. He was unaware that she had been rearrested.

    10.   No new charges are pending against Ms. Cunningham in the US District Court.

    9.   Simply put, the Department of Corrections apparently made a mistake in releasing Ms. Cunningham. Now Ms. Cunningham finds herself again in custody, this time with no charges pending and no court dates. This should not be allowed to occur.

    10.   I am requesting that the court sign the proposed order effectuating her immediate release form custody.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 3rd day of October 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

By: ___s/Lance C. Wells_____
Lance C. Wells
Alaska Bar No. 9206045

SUBSCRIBED AND AFFIRMED before me this 3rd day of October 2006, at Anchorage, Alaska.

By:____s/Sharon R. Leippi_____
Notary Public in & for Alaska
My commission expires: June 8, 2010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
October 3rd, 2006, a copy
of the foregoing was served
electronically:

David A. Nesbett
Special Assistant U.S. Attorney
&
Michael Dieni, AFP

at their electronic addresses of record.

s/Lance C. Wells