UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORINA L. CUNNINGHAM, )<br>)<br>Defendant. )<br>_____) | CASE NO. 3:06-cr-00043-02-JWS<br><br>**RELEASE ORDER** |

TO:   UNITED STATES MARSHAL

Defendant, Corina L. Cunningham, has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_   Released to , the third party custodian;

\_\_\_\_   Paid cash bail in the amount of  to the Clerk of Court;

\_\_\_\_   Posted unsecured bond in the amount of ;

\_\_\_\_   Posted bond secured by property or surety in the amount of  with the Clerk of Court;

\_\_\_\_   Surrendered passport to the Clerk of Court;

 XX    Other - By Order of the Court.

Dated at Anchorage, Alaska, this 4th day of October, 2006.

IDA ROMACK, Clerk of Court

BY: _REDACTED SIGNATURE_
Deputy Clerk

RELEASE ORDER
[]{RELEASE.WPD*Rev.2/97}