```
                    UNITED STATES COURT OF APPEALS
                         FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,        )   ORDER FOR TIME SCHEDULE
                                 )
                                 )   CA No.:
Plaintiff-Appellant              )
                                 )   DC No.: 3:06-cr-00043-JWS
                                 )
vs.                              )   District of Alaska
                                 )   Notice of Appeal filed:
                                 )
SEAN T. TURVIN and               )
CORINA L. CUNNINGHAM             )   (X) CJA or F.P.   ( ) Paid Appeal
                                 )   ( ) Apptd Counsel ( ) Fed Defender
                                 )   ( ) Retained Counsel
Defendants-Appellees             )   ( ) Advisory Counsel only
                                 )   ( ) On Bail         ( ) In custody
_____)   ( )_____
```

The parties, counsel, and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk of the District Court — **IMMEDIATELY**

2. The date the transcript will be ordered from the court reporter. (If this case is under CJA, give the date that the order is to be given to the court reporter.) — **9/19/06**

3. The court reporter's transcript will be filed in the District Court — **10/19/06**
   (Certificate of Record will be submitted to the court of Appeals by the Clerk of the District Court immediately upon the filing of the transcript. The Certificate of Record indicates that the complete trial court record including designated transcripts is available for use of the parties.)

4. Appellants' opening brief and excerpts of record will be served and filed pursuant to Circuit Rules 32 and 31-2 — **11/28/06**

5. The appellee's brief will be served and filed pursuant to Circuit Rules 32 and 31-2 — **12/28/06**

6. The appellant's (optional) reply brief will be served and filed pursuant to Circuit Rules 32 and 31-2 — **1/11/07**

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: Cir. Rule 32 sets length limitations on briefs. Cir. Rule 42-1 requires that this appeal may be dismissed if appellants brief is not timely filed.

For the Court:

Cathy A. Catterson
Clerk, U.S. Court of Appeals

By: <u>Linda Christensen</u>
    Deputy Clerk
    U.S. District Court