# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   SEAN T. TURVIN
                                                CORINA L. CUNNINGHAM

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  3:06-cr-00043-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: July 18, 2008

      In light of the Ninth Circuit Court of Appeals Opinion and Mandate trial by jury in the above-referenced case is scheduled to commence Tuesday, July 22, 2008, at 10:00 a.m. in Courtroom 3.

      The final pre-trial conference is scheduled to commence at 9:30 a.m. on Tuesday, July 22, 2008, in Courtroom 3.

[ ]{IA.WPD*Rev.12/96}