Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,  )  | |
|     Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | |
| SEAN TURVIN &  ) | |
| CORINA CUNNINGHAM,  ) | |
|     Defendant.  ) | |
| _____)  | **Case No. 3:06-CR-0043-(JWS)** |

### NON-OPPOSITION TO GOVERNMENT'S REQUEST TO CONTINUE TRIAL IN THE ABOVE MATTER FILED ON SHORTENED TIME

**COMES NOW DEFENDANT CORINA CUNNINGHAM** by and through undersigned counsel **LANCE C. WELLS** of the **LAW OFFICES OF LANCE C. WELLS, P.C.** and hereby files this non-opposition to the government's motion to continue trial as set forth within their pleadings filed with this court.

Dated 7/31/08.                    Law Offices of Lance c. Wells

                                            By: ____s/_____
                                            Lance C. Wells 9206045 AK #
                                            T 907-274-9696
                                            F 907-277-9859
                                            733 W. 4th Avenue, Suite 308
                                            Anchorage, AK. 99501
                                            email lwells@gci.net

**Certificate of Service**

On 8/1/08, a copy of this document was electronically served upon M. Dieni, AFD and AUSA Kelly Cavanaugh at their electronic addresses of record.

8/1/08   ___/s _____
          Lance C. Wells, Esq.