NELSON P. COHEN
United States Attorney

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-043-JWS |
| Plaintiff, | ) | |
| vs. | ) ) | GOVERNMENT'S NOTICE REGARDING EXPERT TESTIMONY |
| SEAN T. TURVIN and CORINA CUNNINGHAM, | ) ) ) | |
| Defendants. | ) ) | |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Ms. Shana Irby, a Forensic Chemist from the DEA Western Laboratory, as an expert witness. Her qualifications will be provided in a supplement.

Ms. Irby is a Forensic Chemist with the DEA at the Western Laboratory in San Francisco, California who analyzed the methamphetamine seized from the defendant's

vehicle on November 20, 2005. Ms. Irby will discuss her analysis and conclusions as provided in her report.

The Lab Report generated by Ms. Irby has been provided to the Defendants as part of Federal Rules of Evidence Rule 16.

RESPECTFULLY SUBMITTED this 8th day of September 2008, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Kelly Cavanaugh
> KELLY CAVANAUGH
> Special Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: kelly.cavanaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2008,
a copy of the foregoing Government's Notice
Regarding Expert Testimony was served electronically on:

Michael Dieni, attorney for Sean Turvin
Lance Wells, attorney for Corina Cunningham

s/ Kelly Cavanaugh
Office of the U.S. Attorney