Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM ) | |
| Defendants. ) | |
| _____) | Case No. 3:06-cr-0043-2 (JWS) |

**DEFENDANT CORINA CUNNINGHAM'S CORRECTED PROPOSED JURY**

**INSTRUCTIONS**

COMES NOW DEFENDANT CORINA CUNNINGHAM by and through her attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby submits her proposed jury instructions for use at trial in this matter. Ms. Cunningham's proposed instructions were taken directly from the Ninth Circuit Court of Appeals available on their website. They are set out in abbreviated form below.

**Preliminary Instructions**

1.1   Duty of jury.

1.2   The charge – presumption of innocence.

1.3   What is evidence?

1.4   What is not evidence?

1.5   Evidence for limited purpose.

1.6   Direct and circumstantial evidence.

1.7   Ruling on objections.

1.8   Credibility of witnesses.

1.9   Conduct of the jury.

1.10  No transcripts available to jury.

1.11  Taking notes.

1.12  Outline of trial.

1.13  Jury to be guided by official English translation/ interpretation.

1.14  Separate consideration for each defendant.

## Instructions During Trial

2.1   Cautionary instruction - first recess.

2.2   Bench conferences and recesses.

2.3   Stipulated testimony.

2.4   Stipulations of fact.

2.5   Judicial notice.

2.10  Other crimes, wrongs, or acts of defendant.

2.11  Defendant's photographs, "mugshots".

## Instructions at End of Case

3.1   Duties of jury to find facts and follow law.

3.2    Charge against defendant not evidence – presumption of innocence – burden of proof.

3.3    Defendant's decision not to testify.

3.4    Defendant's decision to testify.

3.5    Reasonable doubt.

3.6    What is evidence?

3.7    What is not evidence?

3.8    Direct and circumstantial evidence.

3.9    Credibility of witnesses.

3.10   Evidence of other acts of the defendant, or acts and statements of others.

3.11   Activities not charged.

3.14   Separate consideration of multiple counts-multiple defendants.

3.18   Possession defined.

## Consideration of Particular Evidence

4.1    Statements by defendant.

4.3    Other crimes, wrongs, or acts of defendant.

4.4    Character of defendant.

4.7    Character of witness for truthfulness.

4.8    Impeachment evidence – witness.

4.9    Testimony of witness involving special circumstances – immunity, benefits, accomplice, plea.

4.13   Government's use of undercover agents and informants.

6.5   Specific defense instruction if applicable.

## Responsibility

5.6   Knowingly – defined.

## Specific Defenses

6.9   Mere presence.

## Jury Deliberations

7.1   Duty to deliberate.

7.2   Consideration of evidence.

7.3   Use of notes.

7.4   Jury consideration of punishment.

7.6   Communication with the court.

7.7   Verdict form

7.9   Specific use unanimity.

## Offenses

8.16  Conspiracy.

8.18  Conspiracy – knowing of and association with other conspirators.

8.19  Withdrawal from conspiracy.

8.20  Conspiracy – liability for substantive offense committed by co-conspirator.

9.13  Controlled substance – Possession with intent to distribute.

In addition, Ms. Cunningham reserves the right to submit additional proposed instructions as warranted at the close of

all evidence and upon review of the government's instructions that are proposed in this matter.

DATED at Anchorage, Alaska, this 8th day of September 2008.

                                  LAW OFFICES OF LANCE C. WELLS, P.C.

                                  s/Lance C. Wells
                                  Attorney for Corina Cunningham
                                  733 W. 4th Ave, Suite 308
                                  Anchorage, Alaska 99501
                                  Phone: 907/274-9696
                                  Fax: 907/277-9859
                                  E-mail: lwells@gci.net
                                  AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2008, a copy of the foregoing was served electronically:

Kelly Cavanaugh, AUSA &

Michael Dieni, FPD

s/Lance C. Wells