NELSON P. COHEN
United States Attorney

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-043-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S NOTICE |
| vs. | ) | REGARDING EXPERT TESTIMONY |
| | ) | |
| SEAN T. TURVIN and | ) | |
| CORINA CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the United States, by and through counsel, and files its

notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence

702, that it intends to call in its case-in-chief at trial Mr. Gordon Dorr, a Task Force

Officer for the Drug Enforcement Administration (DEA) , as an expert witness.  His

statement of qualifications is attached.

//

Mr. Dorr is a Task Force Officer with the DEA.  Mr. Dorr will discuss whether the evidence found in the Defendant's vehicle and hotel room was consistent with narcotics distribution.

RESPECTFULLY SUBMITTED this 8th day of September 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Kelly Cavanaugh
KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2008,
a copy of the foregoing Government's Notice
Regarding  Expert Testimony was served electronically on:

Michael Dieni, attorney for Sean Turvin
Lance Wells, attorney for Corina Cunningham

s/ Kelly Cavanaugh
Office of the U.S. Attorney

U. S. v. Turvin, et al
3:06-cr-043-JWS                    2