Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM ) | |
| Defendants. ) | |
| _____) | Case No. 3:06-cr-0043-2 (JWS) |

**NON-OPPOSED MOTION FILED ON SHORTENED TIME TO CONTINUE TRIAL**

COMES NOW LANCE C. WELLS, counsel of record for Defendant Corina Cunningham named above and hereby files this Non-Opposed Motion Filed on Shortened Time to Continue Trial for Two Weeks.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is attached hereto for this court's signature.

Dated this 14th day of September, 2008.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**Certificate of Service**

      That on the 14th day of September, 2008, a copy of this document was served by electronic transmission upon, AUSA Cavanaugh and M. Dieni, AFD.

09/14/2008                                By:  _/s/ LanceC. Wells
                                            Attorney for Defendant
                                            733 W. 4th Ave, Suite 308
                                            Anchorage, Alaska 99501
                                            Phone: 907/274-9696
                                            Fax: 907/277-9859
                                            E-mail: lwells@gci.net
                                            AK # 9206045