```
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff,    )
                                )
     v.                         )
                                )
SEAN TURVIN &                   )
CORINA CUNNINGHAM               )
                  Defendants.   )
_____)  Case No. 3:06-cr-0043-2 (JWS)
```

### [PROPOSED] ORDER

The court having considered Mr. Wells' Non-Opposed Motion Filed on Shortened Time to Continue Trial for Two Weeks, it is ordered that good cause has been shown and the matter is continued until the ____ day of _____, 2008, at _____ a.m./p.m. in courtroom number ___. The current trial date of 09/15/08, is hereby vacated.

Dated this ____ day of September 2008.

_____
US District Court Judge

### Certificate of Service

That on the 14th day of September, 2008, a copy of this document was served by electronic delivery upon Cavanaugh, AUSA and M. Dieni, AFD.

By: S/ LC Wells, Esq.

1