Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN TURVIN & | ) |
| CORINA CUNNINGHAM | ) |
| Defendants. | ) |
| | ) Case No. 3:06-cr-0043-2 (JWS) |

**AFFIDAVIT OF COUNSEL**

Lance C. Wells having been duly sworn deposes and states as follows:

1.    I am the attorney of record for the defendant Corina Cunningham named above.

2.    I make this affidavit in support of the Non-Opposed Motion Filed on Shortened Time to Continue Trial for Two Weeks or until time is again available upon the court's calendar.

3.    As this court may be aware, the Texas coast experienced a horrific hurricane (Ike) which came ashore at Galveston Island, TX. Both my parents and I own homes and property there. The homes including their contents have been obliterated per reports received thus far. We are on the West end of the island and it is still under water.  We are some of the hardest hit in the area.

1

4.    My parents have been displaced and are currently in Houston. Unfortunately the home they were in while riding out the storm in Houston also sustained heavy damage to the roof as a result of the strong winds received from Ike. My parents are in their late 60's and seventies and need my help.

5.    I am also taking and shipping building supplies and much needed tools that are unavailable throughout the area.

6.    It is imperative that I leave Alaska to travel to Houston in order to deal with my parents, our insurance companies, our homes or what is left of them, and the hurricane's aftermath including clean up.  I am set to leave on Tuesday this week and return the following Sunday.

7.    AUSA Cavanaugh has non-opposed the filing of this motion due to the above described circumstances.

8.    I apologize to the court for this inconvenience but it cannot be avoided.

9.    Mr. Dieni's client has already entered a plea in this matter and rescheduling trial will not effect him.

10.    I request the motion be granted.

Dated: 09/15/2008        s/ Lance C. Wells
                         Attorney for Defendant
                         733 W. 4th Ave, Suite 308
                         Anchorage, Alaska 99501
                         Phone: 907/274-9696
                         Fax: 907/277-9859
                         E-mail: lwells@gci.net
                         AK # 9206045


                s/Sharon Leipi,
                Notary in and for Alaska,
                My Commission Expires: 6/8/10

2

**<u>Certificate of Service</u>**

That on the 09/15/2008, a copy of this Affidavit of Counsel was served by electronic

filing upon AUSA Cavanaugh and M. Dieni, AFD.

> s/ Lance C. Wells
> Attorney for Defendant
> 733 W. 4th Ave, Suite 308
> Anchorage, Alaska 99501
> Phone: 907/274-9696
> Fax: 907/277-9859
> E-mail: lwells@gci.net
> AK # 9206045